## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Engage Creative, Inc., | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-03095 |
| | ) | |
| | ) | Hearing: November 26, 2013, at 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:    See attached service list

     PLEASE TAKE NOTICE that on **November 26, 2013 at 10:00 a.m,** the undersigned will appear before the Honorable Janet S. Baer, Bankruptcy Judge, in Courtroom 615, or before whatever judge is sitting in her stead at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the **Debtor's Motion for Final Decree**, a copy of which is enclosed herewith and served upon you.  At which time you may appear and be heard.

                        /s/ Artur Zadrozny

Forrest L. Ingram, #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Artur Zadrozny, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing, or by US Mail, as indicated on the list, on November 6, 2013.

                        /s/ Artur Zadrozny

## SERVICE LIST

**VIA ECF:**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Chicago, IL 60604-2027

**VIA US MAIL:**

Chicago Tribune
c/o Jack H. Rottner
P.O. Box 10417
Chicago, IL 60610

Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187-4574

Coface Collections North America
PO Box 1389
Kenner, LA 70063-1389

Comcast SportsNet
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WBBM-AM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WFLD Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WLS Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WPWR Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Waldo Pacheco
1920 S Highland Ave
Suite 100
Lombard, IL 60148-6145

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Engage Creative, Inc., | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-03095 |
| | ) | |
| | ) | Hearing: November 26, 2013, at 10:00 a.m. |
| | ) | |

**DEBTOR'S MOTION FOR FINAL DECREE**

NOW COMES the Debtor and Debtor in Possession Engage Creative, Inc. (the "Debtor"), by and through its attorneys at Forrest L. Ingram, P.C., moves this Honorable Court to close this case. In support of its motion the Debtor state as follows:

1. On January 28, 2013 the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtor remains in possession of its assets and continues to conduct its affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

3. On September 25, 2013, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Plan of Reorganization and, at that hearing, confirmed the Debtor's Plan.

4. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by section 1101(2) of the bankruptcy code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992).

6. Section 1101(2) of the Bankruptcy Code provides that "substantial consummation" means:

   (A) transfer of all or substantially all of the property by the plan to be transferred;

   (B) assumption by the debtor or by the successor to the debtor under the plan of the business or the management of all or substantially all of the property dealt with by the plan; and

   (C) commencement of distribution under the plan.

7. In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: 1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have commenced and 4) when all motions, contested matters, and adversary proceedings have been resolved. *Wade*, 991 F.2d at 507 n.2 (citing *In re Mold Makers, Inc.*, 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990)).

8. Debtor's estate has been fully administered for the following reasons:

   a. the order confirming the plan on September 25, 2013 has become final;

   b. Debtor's payments to Class I creditors will be made in the third year of the plan;

   c. there are no contested matters and no adversary proceedings to resolve.

9. The Debtor is current in the amounts owed to the Unites States Trustee's Office.

10. The post-confirmation status date was set by this Court for November 26, 2013 at 10:00 a.m. The Debtor have set this motion for that date and time.

**WHEREFORE**, the Debtor requests that this Court enter an Order closing the case and for such other relief this Court deems just.

Dated: November 6, 2013                                  Respectfully submitted,
                                                         Engage Creative, Inc.

                                                By:      /s/ Artur Zadrozny
                                                         One of Debtor's attorneys

Forrest L. Ingram, #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838