# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Engage Creative, Inc., | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-03095 |
| | ) | |
| | ) | Hearing Date: November 26, 2013 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

To:     See attached service list

PLEASE TAKE NOTICE that on **November 26, 2013 at 10:00 a.m.,** the undersigned will appear before the Honorable Janet S. Baer, Bankruptcy Judge, in Courtroom 615, or before whatever judge is sitting in her stead at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the **Final Application for Compensation for Professional Services and Reimbursement of Expenses**, a copy of which is enclosed herewith and served upon you.  At which time you may appear and be heard.

/s/ Artur Zadrozny

Forrest L. Ingram, #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
John O. Noland, Jr., #6239394
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Artur Zadrozny, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing, or by US Mail, as indicated on the list, on November 8, 2013.

/s/ Artur Zadrozny

## SERVICE LIST

**VIA ECF:**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Chicago, IL 60604-2027

**VIA US MAIL:**

Chicago Tribune
c/o Jack H. Rottner
P.O. Box 10417
Chicago, IL 60610

Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187-4574

Coface Collections North America
PO Box 1389
Kenner, LA 70063-1389

Comcast SportsNet
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WBBM-AM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WFLD Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WLS Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WPWR Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Waldo Pacheco
1920 S Highland Ave
Suite 100
Lombard, IL 60148-6145

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Engage Creative, Inc., | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-03095 |
| | ) | |
| | ) | Hearing: November 26, 2013 at 10:00 a.m. |

**Final Application for Compensation for Professional Services and Reimbursement of Expenses
Incurred on Behalf of Engage Creative, Inc., by Forrest L. Ingram, P.C.**

Forrest L. Ingram, P.C. on behalf of its attorneys, (hereinafter "Applicant"), duly appointed counsel

for Debtor and Debtor in Possession Engage Creative, Inc., ("Debtor"), makes its final application for

compensation ("Application") under § 331 of the United States Bankruptcy Code, Federal Rule of

Bankruptcy 2016, and Local Rule 5082-1. This Court has jurisdiction over the subject matter of this

Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

The Applicant requests that the Court enter an order allowing compensation for legal services

rendered totaling $476.00 and reimbursement expenses totaling $0 from October 1, 2013 through

November 8, 2013. In support of this Application, Applicant states as follows:

**Narrative Summary of Services Provided by Applicant**

1.   On April 22, 2013 the Debtor entered into an engagement agreement with Applicant for a Chapter

11 case.

2.   On behalf of the Debtor, Debtor's prior attorney filed a petition for relief under Chapter 11 of the

Bankruptcy Code on January 28, 2013 ("Petition Date").

3.   The Court entered an order on May 7, 2013 authorizing the Debtor to employ Applicant as its

attorneys in chapter 11 retroactive to January 28, 2013. A copy of the order is attached as **Exhibit A**.

4.   Applicant has performed numerous legal services for the Debtor in this case. The times and

chronology of the Applicant's services for the period beginning October 1, 2013 through November 8,

2013 are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A

1

copy of Exhibit B has been sent to the Debtor with a request for review of the details, and for objection, if any.

5.   Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

6.   A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D**.

7.   All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of this case were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8.   The services rendered by Applicant were directly related to and necessary for the Debtor's chapter 11 case, including, but not limited to: corresponding and advising Debtor regarding its chapter 11 case, drafting and filing motions on behalf of the Debtor and appearing on the Debtor's behalf in court.

9.   Applicant's customary fees include actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

### Summary of Hourly Services Organized by Nature

10.  The Applicant's attorneys provided a total of approximately 2.9 hours of service, detailed by nature in Exhibit B.  A brief summary of these services follows:

a.   ***Administrative Matters (Admin)***: Approximately 0.1 hours of time and services were rendered in connection with matters that were administrative in nature including filing of operating schedules. For these services, Applicant seeks $17.50.

b.   ***Disclosure Statement and Plan (DS&P)***: Approximately 0.4 hours of time and services were rendered in connection with disclosure statement and plan matters including drafting and filing a motion for final decree.  For these services, Applicant seeks $70.00.

c.   ***Fee Matters (Fee)***: Approximately 2.4 hours of time and services were rendered in connection with fee matters including, but not limited to, drafting and filing the third and final fee application, and appearing in court. For these services, the Applicant seeks $388.50.

2

**Summary of Hourly Services Organized by Employees**

11. The Applicant's attorneys and clerks provided a total of approximately 2.9 hours of service, detailed by employee in Exhibit C. The breakdown of attorney/clerk time is as follows:

    a. *Attorneys and Law Clerks*:

        i. Forrest L. Ingram (FLI) provided approximately 0.1 hours of service at $510.00 per hour, including all phases of the chapter 11 case.

        ii. Artur Zadrozny (AZ) provided approximately 1.7 hours of service at $175.00 per hour, including all phases of the chapter 11 case.

        iii. Law Clerks (Clerk2) provided approximately 1.1 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

12. This Application and a Notice of Hearing on the Application has been sent to the Debtor, the U.S. Trustee, creditors and all parties entitled to notice.

13. Objections to this Application may be made in writing, filed with the Clerk of this Court and sent to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 900, Chicago, Illinois 60603, Fax No. 312.759.0298 on or before November 19, 2013.

14. Applicant requests a reasonable fee in the sum of $476.00.

**WHEREFORE,** Applicant requests that the Court conduct an appropriate hearing on this Application and allow the reasonable fee to Applicant in the sum of $476.00 for legal services for the period from October 1, 2013 through November 8, 2013, for a total of $476.00. Applicant asks for such other and further relief as the Court deems just and appropriate.

Dated: November 8, 2013

                                               Respectfully submitted,
                                               Forrest L. Ingram, P.C.

                                               /s/ Artur Zadrozny
                                             One of the Debtor's Attorneys

Forrest L. Ingram #3129032
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603