UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Engage Creative, Inc., | ) | No. 13 B 03095 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

ORDER GRANTING FOURTH INTERIM AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES ON BEHALF OF ENGAGE CREATIVE, INC., BY FORREST L. INGRAM, P.C.

This matter came to be heard on the Fourth Interim and Final Application of Forrest L. Ingram, P.C. for Compensation for Professional Services and for Reimbursement of Expenses in Case No. 13-03095. Upon consideration of the applications for allowance of interim and final compensation and reimbursement of expenses (ECF Nos. 38, 50, 68, and 72) (the "Applications") for professional services rendered and expenses incurred during the period commencing January 28, 2013 through November 8, 2013, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Applicant Forrest L. Ingram, P.C. is awarded $476.00 for professional compensation requested for the time period beginning October 1, 2013 and ending November 8, 2013 pursuant to the Fourth Interim Application.

2. Forrest L. Ingram, P.C. is awarded $0 in expenses pursuant to the Fourth Interim Application.

3. The Debtor is authorized to pay Forrest L. Ingram, P.C. a total of $476.00 for the fees and expenses awarded on November 26, 2013.

1

4. The Applications are granted on a final basis in the aggregate amounts of $10,465.00 for professional compensation and $19.08 for expenses.

5. The Debtor is authorized to pay 100% of the allowed professional compensation, including any amounts previously subject to holdbacks, and 100% of allowed expenses as set forth in paragraph 4 above.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: November 26, 2013

_____
Janet S. Baer
United States Bankruptcy Judge