UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-03095 |
|---|---|---|
| Engage Creative, Inc., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| Debtor(s) | ) | |

## ORDER ENTERING FINAL DECREE

The matter coming to be heard on the Debtor's Motion to enter a Final Decree Closing its Chapter 11 Case, pursuant to 11 U.S.C. section 350, Bankruptcy Rule 3022, and Local Rule 3022-1, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises,

IT IS HEREBY ORDERED:

Debtors' Chapter 11 Case is hereby closed, conditional on the Debtor's payment of U.S. Trustee fees in the amount of $1,624.45 by December 10, 2013.

Enter:

/s/ Janet S. Baer
United States Bankruptcy Judge

Dated: 12/2/13

**Prepared by:**
Artur Zadrozny #6308234
Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

Rev: 20120501_bko